

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MJJ
F.#2015R00136

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 17, 2015

<u>By ECF and Email</u>

Adam D. Perlmutter, Esq.
260 Madison Avenue
New York, NY 10016

      Re:    United States v. Luis Cedeño
              <u>Criminal Docket No. 15-67 (JG)</u>

Dear Mr. Perlmutter:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery, bearing Bates numbers 015607 to 015610, in the above-captioned case: wire transfer and money order records from Western Union. The government also renews its request for reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

      Very truly yours,

      KELLY T. CURRIE
      Acting United States Attorney

By:    /s/ Matthew Jacobs
      Matthew Jacobs
      Assistant U.S. Attorney
      (718) 254-6401

Enclosures

cc:    Clerk of the Court (JG) (by ECF) (without enclosures)